SAMUEL B. THOMPSON, *et al.*, v. CATHARINE H. MEREDITH.

AT the March Term, 1882, of the district court of Atchison county, plaintiff *Meredith* recovered a judgment against defendant *Thompson* and two others, who bring the case here.

*W. W. Guthrie*, for plaintiffs in error.

*Hudson & Tufts*, for defendant in error.

*Per Curiam:* The ruling of the district court is affirmed, under the authority of *Dodge v. Beeler*, 12 Kas. 524, and *Fletcher v. Wormington*, 24 Kas. 259.